# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-1058

_____

Samuel E. Haley, Jr.

*Plaintiff - Appellant*

v.

Deborah Vinson, D.O.N. and CCHP; Stephanie Kasting, RN, HSA, CCHP; Glen Babich, M.D., Medical Director, CCHP; Dan Martinez, #39182 - Functional Unit Manager; Bryan Hoskins; Charles Reed, Sgt. , #53541 of Housing Unit #2

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: September 20, 2013
Filed: September 25, 2013
[Unpublished]

_____

Before LOKEN, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Samuel E. Haley, Jr. appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having conducted careful review of Haley's assertions of error, we find that there is no basis for reversal, and that an extended opinion is unwarranted. The judgment of the district court is affirmed, <u>see</u> 8th Cir. R. 47B, and Haley's two pending motions are denied.

—————————————————

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.